# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA FERNANDES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00114-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITH PREPAYMENT OF FEES<br><br>(ECF No. 3)<br><br>TWENTY DAY DEADLINE |

Plaintiff Debra Fernandes ("Plaintiff"), filed the complaint in this action on January 22, 2018, challenging the denial of Social Security benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 3) However, based upon Plaintiff's application, the Court is unable to determine if Plaintiff is entitled to proceed in this action without prepayment of fees. Plaintiff's application indicates that she receives Social Security benefits in the amount of $869 per month and her husband receives benefits in the amount of $1,710 per month placing their yearly income at $30,948. The 2018 Poverty Guidelines for the 48 contiguous states for a household of two is $16,460.00. 2018 Poverty Guidelines, https://aspe.hhs.gov/poverty-guidelines (last visited January 24, 2018). Plaintiff's income is substantially above the 2018 poverty level for a family of two.

1

1    Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed
2 in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is
3 unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in
4 full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. **Within twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  **January 24, 2018**

_____
UNITED STATES MAGISTRATE JUDGE