# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA FERNANDES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00114-SAB<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS |

On January 22, 2018, Plaintiff Debra Fernandes ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act along with an application to proceed in forma pauperis.

On January 25, 2018, an order issued denying Plaintiff's application to proceed in forma pauperis in this action without prejudice and she was ordered to either file a long form application to proceed without prepayment of fees or pay the filing fee. On February 6, 2018, Plaintiff paid the filing fee.

As Plaintiff has now paid the filing fee, the Office of the Clerk is directed to issue the summonses and new case documents in this matter. Plaintiff is directed to paragraph 1 of the scheduling order to be issued in this action, which provides that the summons and complaint

1

shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

IT IS SO ORDERED.

Dated: __**February 9, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE