1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9      DEBRA FERNANDES,                        Case No. 1:18-cv-00114-JDP

10              Plaintiff,                      ORDER ON SOCIAL SECURITY APPEAL

11          v.

12     NANCY A. BERRYHILL,
       Acting Commissioner of Social Security,
13
                Defendant.
14

15          This matter is before the court on claimant's request for judicial review of an unfavorable

16     decision of the Acting Commissioner of the Social Security Administration regarding her

17     application for a period of disability and Social Security Disability Insurance Benefits.  At a

       hearing on April 5, 2019, we heard argument from the parties.  We have reviewed the record,
18
       administrative transcript, briefs of the parties, and applicable law, and have considered arguments
19
       made at the hearing.  For the reasons stated on the record at oral argument, we vacate the
20
       administrative decision of the Acting Commissioner of the Social Security Administration and
21
       remand this case so that the administrative law judge (1) can evaluate the claimant's statements
22
       concerning the intensity, persistence, and limiting effects of her symptoms and (2) can explain the
23
       basis for his conclusions regarding claimant's statements.  The clerk of court is directed to enter
24
       judgment in favor of claimant Debra Fernandes and against defendant Nancy A. Berryhill, the
25
       Acting Commissioner of Social Security, and to close this case.
26

27

28

IT IS SO ORDERED.

Dated:     April 5, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 200.